Gerald Tomamichel, Plaintiff-Appellant, v. Oscar Eddington, Defendant-Appellee.

Gen. No. 64–79.

Fifth District.

February 23, 1965.

Gerald Tomamichel, pro se, of Witt, appellant; Ralph Vandever, of Hillsboro, for appellee. Opinion by PRESIDING JUSTICE EBERSPACHER. Not to be published in full.